

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 20, 2024

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:   AMY R. BISHOP                                    CHAPTER 13
                                                          Case No. 24-50758-KMS

### AGREED ORDER WITHDRAWING OBJECTION TO CONFIRMATION (DKT. 20)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 20), and Debtor's Response (Dkt. 21), and the Court being advised that the Trustee wishes to withdraw his objection based upon the Debtor filing a plan modification (Dkt. 23) which resolved the issue presented for adjudication, orders as follows:

IT IS THEREFORE ORDERED that the Objection to Confirmation filed by the Chapter 13 Trustee (Dkt. 20) is hereby deemed withdrawn.

##END OF ORDER##

Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

*Nick Grillo, Esq. w/permission PBD*

Nick Grillo, Esq.
Attorney for Debtor
607 Corinne Street, Suite A3
Hattiesburg, MS 39401